## No. 9957.

### ROBERT HALL ET AL. VS. MRS. H. M. CURTIS.

In an action to recover property real and personal with rents and revenues, and damages for injury and waste, the whole amounting to only $1710, the addition of a roving claim for $500 additional damages for illegal possession, without any specification of the nature thereof, will be treated as fictitious and not entitled to consideration as part of the amount in dispute giving this Court jurisdiction.

APPEAL from the Civil District Court for the Parish of Orleans. *Rightor*, J.

*J. S. & J. T. Whitaker* for Plaintiffs and Appellants.

*E. K. Skinner* for Defendant and Appellee.

The opinion of the Court was delivered by

FENNER, J. A motion is made to dismiss this appeal for lack of jurisdiction thereof, because the amount in dispute does not exceed two thousand dollars.

We think the appeal has no place in our Court.

The action is to recover :

| | |
|---|---|
| 1st. Two lots of ground valued at | $1,000 |
| 2d. Rents and revenues thereof, valued at | 260 |
| 3d. Certain personal property or its value, valued at | 300 |
| 4th. Injury and waste of improvements, valued at | 150 |
| the whole amounting to | $1,710 |

To this is added a roving allegation that " by said fraudulent and illegal possession of said property * * petitioners have been damaged in the full sum of five hundred dollars."

Inasmuch as this allegation is supported by no specification of the nature of the pretended damage, and as every reasonable cause of in-

jury had been set forth in the previous particular claims, we must treat this last claim as merely fictitious and entitled to no consideration as forming part of the real matter in dispute, which is thus below the limit of our jurisdiction.

The appeal is, therefore, dismissed.